140 A.3d 676

**MASON, Pamela, Petitioner**

v.

**WELLS FARGO BANK, N.A., Phelan Hallinan Diamond & Jones LLP, Jonathan Lobb & Adam H. Davis, Respondents.**

**No. 73 EM 2016.**

Supreme Court of Pennsylvania.

June 20, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2016, the Application for Extraordinary and/or King's Bench Jurisdiction is **DENIED.**